No. 99–6851. KING v. PENNSYLVANIA; and

1120

No. 99–6897. MARTIN *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. Reported below: 554 Pa. 331, 721 A. 2d 763.